UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAIRO PALMA,<br><br>          Defendant. | Case No. 2:12-cr-00178-KJD-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Mr. Palma's conditions of supervised release be modified to allow him to have unsupervised visits with his immediate nieces and nephews. Any other contact with minor children must comply with the Court's original condition of supervised release to include under the supervision of a responsible adult who is aware of Mr. Palma's background and underlying offense.

   DATED this 27th day of April 2021.

_____
UNITED STATES DISTRICT JUDGE